**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6468**

_____

MARCUS ANTONIO SATTERFIELD,

        Petitioner - Appellant,

    v.

WARDEN RONNIE SPEARMAN, New Hanover Correctional; STATE OF NORTH CAROLINA,

        Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:25-cv-00337-WO-JLW)

_____

Submitted:  August 21, 2025                                             Decided:  August 26, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Marcus Antonio Satterfield, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Satterfield seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Satterfield's 28 U.S.C. § 2254 petition for failure to exhaust state court remedies. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Satterfield has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*